# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 10 PM 2:45

Pena Sanchez-A

No. _____
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

-against-

New York City &
Dept. of Corr NYC

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: _injuries, emotional distress_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Agustin Pena_ _Sanchez_
First Name                Middle Initial           Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_441 190 1062_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_AMKC_
Current Place of Detention

_1818 Hazen St_
Institutional Address

_East Elmhurst_    _NY_    _11370_
County, City              State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name / Last Name / Shield #: _New York City_

Current Job Title (or other identifying information): _City hall_

Current Work Address: _New York NY 10007_

County, City / State / Zip Code

**Defendant 2:**
First Name / Last Name / Shield #: _Department of Corrections NYC_

Current Job Title (or other identifying information): _75-20 Astoria Blvd_

Current Work Address: _East Elmhurst NY 11370_

County, City / State / Zip Code

**Defendant 3:**
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

**Defendant 4:**
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Annex Queens sup. ct.

Date(s) of occurrence: 05-20-22, 04-1-22, 04-05-22, etc

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

1) Dept of corr officers to captains on 05-20-22 Beat me Badly, assaulted me in the annex down stairs of the Queens sup ct. In in the cell they came with violent foist and turned off they body cam video came to me called me mexican motherfucker then referred to me as chicaho dog punch, kick, and wrestled me from 12:30 pm to 3:00 pm 3 times beat me for each interval injuring my mouth, head, stomach, leg, arms and back By punches and kicks for hour each time as saying ra cial slurs like you little mexican wetback "Everything Mr. Andre Antrobus said was true about his past and what I w itness for myself with c-o's assaulting, threatening and ta ken his evidence several incidents in Anex also denying his services he said its happening too me it can happen too you to

2) from 04-01-22 to 05-10-22 they've taken my evidence and mail By foist several multiple numerous occassions I stop counting I laughed at mr Antrobus earlier now its happening to me how could I defend myself if they take my evidence which is a due process violation and deny law library, phone calls and mail

witness's

Elvin J Torres       X [signature]           X _____
  TPdo                 Brian S-PO              No

Page 4

3) When I complain about my services for a few weeks they started taken my evidence from me by foist and threats of violence from E-S-4 team. Then I ask about my evidence to exonerate me to go home from deputy wardens (2), to the captains (4), to officers (15) they threaten me with violence for weeks then carried it out on 05-20-2?. if you subpoena the other inmates that went to court will testify to my multiple beatings

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. Emotional distress
1) arms got cut, head got concussion and cuts, hand suffered trauma, knee and ribs suffered trauma and back
2) due process violation taken evidence constricted my liberty for freedom and many law library, phone, and mail const violations

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Punitive damages $6,000,000.00
Monetary damages $1,000,000.00

I Agustin Peña Sanchez B&C 4411901062
agrees to give Andre Antrobus B&C

33.3%

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 05-25-22
Plaintiff's Signature: [signature]

First Name: Agustin
Middle Initial: Pena
Last Name: Sanchez

Prison Address: 1818 Hazen St
County, City: East Elmhurst
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 05-22

Page 6

DEPARTMENT OF CORRECTION – INTRADEPARTMENTAL MEMORANDUM

DATE : 05-09-22
TO :
FROM : 9 module A side
SUBJECT : events of facilities run by OmH mo unit

9 mod A side Andre Antrobus is a humble quiete person Don't Bother or oppresses anyone or bullies. Mr Antrobus has a quiete voice like a little girl with a high pitch which others don't want to hear in their circumference. Hes like a little girl or sheep in a den of wolves or "pecking order" "The program" or "Hercularian pyramid."

<u>events witnesses of character.</u>

— [signature] — X — [signature] — — X — — — — X
— [signature] — X — [signature] — — X — [signature] — X

RESPECTFULLY SUBMITTED

— — 207-1 - X - 201-1 - - ucc - -

HELEN DANESI OSUMAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OS6404665
Qualified in Queens County
My Commission Expires ____

sworn to me on 10 day of May 2022

[signature]
Notary Public

I even have a witness who testified that several times she had no arrested or retained. The N.Y.P.D told her what to say not her own words on the evans this is D.A's and N.Y.P.D practices to make victim and witnesses to lie! Which coincides with the Past Knapp and Mollen Commission Reports also people v Cotton to Central park Jogger. Also the 2018 Gothamist, NYAClu, ULCU, and CCRB findings of P.D. secret files for decades! of thousands of pages of Reports of incredible and false testimony By NYPD officers. 300,000 of misconducts stealing drugs, money and prisoner property planting evidence! Thousands of planting evidence for Quotas for decades and other N.Y.P.D officers "turning a Blind eye" Just a guilty falsifying reports to match! So turning a Blind eye your just as guilty)) And what happen to theses Judges they no good if the P.D. can convict on false testimony and planting evidence! You say a Judge who went to college then Law school then decades as a Lawyer and decades as a D.A. Now serving as a Judge couldn't see the misconduct, false testimony, inconsistant statements, fabricated evidence and difference! When it comes across the Bench or so called defendant complains or says he's innocent they lying like north carolina man, Central park Jogger, people v Cotton and etc. No Les on the D.A side

Case # 587-2011 unbelievable again they stop my appeals holding my mail and ignoring my appeals and 440.10 I got video look at some "On Dre Termy" on face Book photo of Horace holding a snake so now my new cases which 70448-22 is Revengeful vindictive selective prosecution!

Then case 7632-2010 the officers confessed that Brooklyn South Drug task force admitted to "flaking" Planting evidence and setting people up for Quotas and giving the arrest to newbies and who didn't for fill they Quotas! Daily news 2017 Dollars for Collars lying to Arrest and make Quota's and getting "incentives"! And the D.A. Dismiss others convictions not mine They not even giving me 25f of Brady Material they gave me before no full Brady.

Now the Judges and D.A.'s not respecting my motions of Self Representation, Are resisted DeBotuer Pettifogger, 170.35 motion, 190.50 right to testify with witnesses at the grand Jury, speedy trial, 210.35 motions, Discovery and etc. Which I repeated and Both courts Aknowledge recieving it several times and they ignored it! violating my constitutional rights 190.50 also forcing a Lawyer on me Amendment VI. I even have a lot evidence they hold me from either telling D.O.C. to stop my mail or stop my phone calls or tell agencies not to send me evidence

him 51 million from 41 million he said you didn't want to "Believe me for 30 more years" and my family died waiting now my new family in prison. So they got millions of innocents in prison as supreme court justices quoted from Brennan who said after the Voto said after question about wrongful convictions. You have to "Break a few shells to make a Omellette and Brennan said that is a very crunchy Omellette you'll Break your teeth! Justice Kennedy said That the Lower Courts is so unscrupolous and unethical to the point of illegal, got the higher Courts Jammed up with appeals! Appeals Court Judge Walcott said do away with "Grand Jury" its a facade illusion, a farce! Now if the District pettifogger using a fraudulent persona to fool the Public to indict you or convict you, thats why he Boast "he Can Indict a Ham Sandwich" Telling the Public that inanimate object got off the plate went down the Block and Killed a person and returned Back to plate and they will Indict and Convict! Its cause like the daily news and NY times survey said in 2013 85% of americans don't Know the constitution. So how can they know the lower state Laws or if the D.A. is lying or doing Misconduct! which its 35,000 a year half the Jail population of misconducts, ineffective assistance, Judicial misconducts, prosecutorial misconduct, DNA exonerations, Brady violations and etc which is unscrupolous

The district pettifogger is a story teller a make believer of the unbelievable like make a avenger fly over NYC. Hes a movie director its "hollywood" especially with body worn camera where D.A. edits the video never show the whole scene non stop. thats like you see a movie when they set up the lights, props and backround and at the end they take them down and you see the actors change and all. No cutting from scene to scene or showing partial video or not showing video's from other officers from a different view or angle!

Look for the District Attorney making victims and witnesses lie through the decades! look at Central Park Jogger case to 2014 Daily news About Charles hynes threatening witnesses to testify!

Look at 2011 PBA lynch said don't Blame cops Blame management for tickets and arrests they forcing cops to make Quotas or bad positions, no vacations, no adequate pay and etc. Also 2011 Quotas and stop and frisk unconstitutional By Judge Schirilino But never stop 2013 daily news Commissioner Kelly use a Prejudice willie lynch saying " put the fear of God in Blacks and latino's".

To 2013 to 2017 finding out Det gregory Jean Baptiste false testimony in several cases and planting evidence! which kings county D.A.'s wrongful convictions say they not reviewing my convictions even though Det. gregory Jean Baptiste is the arresting officer in my

To it may concern                                    May 09 2022
dre AntroBas                         RE: factual Motion of Appealing
1 22 00 303
mkc 1 mod
318 Hazen st
East Elmhurst NY 11370   To: Who it may concern?
I need help Badly is there no government, news-
paper, press, news, or any kind of agency that is
not afraid of the fraudulent District Pettifogger!
 OR who has Authority to right the wrongs of the
courts or fraudulent Judicial system who violate
our constitutional Rights, do anyone care anymore
is the world so selfish! is there anyone who wants
to speak the truth or is they scared of the truth
like the "Matrix" or willie lynch syndrome?!

## Pro logue

Every culture Beware for hundreds of years U.S.A
under Satans Authority has Robbed and assimilate
every culture. Atlantic slave trade, Pilgrims frauding
the indigenous people, Buffalo movement west, the Alamo,
gentlemans act chinese, WWII Japanese displacement,
tuskeegee expirment, Jim Crow, Black codes, Big stick
policy against puerto Ricans and Phillipines, spanish
american war, Panama versus Columbia by teddy
Roosevelt, Bay of pigs, Nicuroqua, Korea, Vietnam,
Nixon watergate, Nixon war on drugs, Reagan Make
america great (white) again, Coinprotel, FBI and CIA
infiltration on Black communities, Jim Crow II mass
incarceration, willie lynch to Matrix syndrome, Hari-
son Act 1933, CIA files NY times 1977, John Peter
Zenger 1735, Black Lives matter, wtc, Gulf war,
911, siege on Capitol 01-06-21 and etc. etc. etc. etc!
 Now if you didn't learn from history its ge-
nocide on ethnics By the Global Elite for cen-
turies and U.S.A is the police and execution
er. cause of over population in the world se-
  population Plan is in effect and U.S.A

s the head of it." Lets start with constitu-
tional violations and imprisonment plan to
make gaudrillions on prisoners. And fool the
public opinion that the public is paying for
prisoners But its the other way around. When
you get indicted its 12 million a count for prison-
er which is least 48 million and more for a pris-
oner with a felony! And its $200,000.00 and more
for misdemeanor that stays for 3 months and
Better cause Birth certificates are federal Bank
notes. Which goes to American Bank note Bielding
then transferred to Depository trust company
in stocks By filiciary tax Representitive the
District Attorney.

So the start of under satan Authority from
The start is dishonest and incompetant 1735
John Peter Zenger trial who was Represented
By the writers of the Constitution... Jeff-
erson and Hamilton and proved the facts of a
4 month trial that the government is dishonest
and incompetant. Then fraud against ethnics and
government Lying to congress about victor licatey
killed his family for smoking weed. Lies and fraud
cause of prejudice against chinese, mexicans and
Blacks produced the Harrison Act.! To Emmitt
teal and millions to Billions in Between who
was falsely convicted to people v Cotton which
Became a famous Book picking Cotton.! To
North Carolina man in prison who has alw-
ays said he was innocent. Then 2012 DNA
exonerated him and his outside family died
while in prison and he said hes not
Leaving prison cause thats his new family
even though they offered

pg 7

doing Judicial misconduct frauding, farce farcade a mirage. like Gothamist, NYCLU, CIU, and CCRB said how can we trust the criminal justice system we can't.

So like my websites says about the truth since my space which I thought they would have killed me by now like they did William Cooper cause we had the same information. But they trying to falsely convict me and shut me up check my new websites through facebook One Termy"!! They Blocking my motions forcing saboteur attorneys on me charging me with a charge millions of others don't get charge Geona v state, Whidabee v state, 12 Holding v state etc. for self preservation of your inalienable human rights to fight against the ("program") the "Pecking order"!! staff and employees produce for inane doltish structure and extortion throughout facilities like prison, OMH, forensic, pysch wards or units which all analogues, each other with the same recitivism of inhabitants producing favoritism and lying for seniority to oppress the rest with violence see Nunez monitor Reports
05-09-22 sig - -201-1-x-201-1-acc

HELEN DANESI OSUMAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OS6404665
Qualified in Queens County
My Commission Expires 2/22/24

Sworn to me on 10
day of May 2022

Danesi
Notary Public

Brian S. Palmer
141 22 00 694
1818 Hazen St
East Elmhurst NY 11370

United States District Court
Southern District of New York
ATTN: Judge Taylor Swain
500 Pearl Street
New York, New York 10007

RECEIVED
SDNY PRO SE OFFICE
2024 JUN 10 AM 2:41

Social Service
Pro se person states Pro postage
No money in account

USMS
SDNY